# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT TOLEDO

| | |
|---|---|
| SANDUSKY WELLNESS CENTER, LLC, an Ohio limited liability company, individually and as the representative of a class of similarly-situated persons<br><br>          Plaintiff<br><br>     v.<br><br>NOVASOM, INC.<br><br>and<br><br>JOHN DOES 1-10,<br><br>          Defendants | Civil Action No. 3:12-cv-2291<br><br><br><br><br><br><br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff, SANDUSKY WELLNESS CENTER, LLC, proposed Plaintiff, PHYSICIANS HEALTHSOURCE, INC., and Defendant, NOVASOM, INC., pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice and without taxation of costs.  Rule 23(e) does not apply because no class was certified.  Putative class claims are dismissed without prejudice.

| | |
|---|---|
| s/Brian J. Wanca<br>s/ Ryan M. Kelly<br>Anderson + Wanca<br>3701 Algonquin Road, Suite 760<br>Rolling Meadows, IL  60008<br>Telephone:  847-368-1500<br><br>s/ George D. Jonson<br>s/ Matthew Elton Stubbs<br>Montgomery, Rennie & Jonson<br>36 East Seventh Street<br>Cincinnati, OH  45202<br>Telephone:  513-768-5220<br><br>*Counsel for Plaintiff* | s/Henry Pietrkowski<br>Reed Smith LLP<br>10 S. Wacker Dr., 40th Floor<br>Chicago, IL  60606<br>Telephone:  312-207-3904<br><br>s/ James S. Wertheim<br>McGlinchey Stafford PLLC<br>25550 Chagrin Blvd.<br>Cleveland, OH  44122<br>Telephone: 312-324-1778<br><br>*Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

 I hereby certify that on February 15, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

          /s/ Brian J. Wanca