# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT TOLEDO

| | |
|---|---|
| SANDUSKY WELLNESS CENTER, LLC, an Ohio limited liability company, individually and as the representative of a class of similarly-situated persons<br><br>Plaintiff<br><br>v.<br><br>NOVASOM, INC.<br><br>and<br><br>JOHN DOES 1-10,<br><br>Defendants | Civil Action No. 3:12-cv-2291<br><br><br><br><br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

   Plaintiff, SANDUSKY WELLNESS CENTER, LLC, proposed Plaintiff, PHYSICIANS HEALTHSOURCE, INC., and Defendant, NOVASOM, INC., pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice and without taxation of costs.  Rule 23(e) does not apply because no class was certified.  Putative class claims are dismissed without prejudice.

s/Brian J. Wanca
s/ Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Road, Suite 760
Rolling Meadows, IL  60008
Telephone:  847-368-1500

s/ George D. Jonson
s/ Matthew Elton Stubbs
Montgomery, Rennie & Jonson
36 East Seventh Street
Cincinnati, OH  45202
Telephone:  513-768-5220

*Counsel for Plaintiff*

s/Henry Pietrkowski
Reed Smith LLP
10 S. Wacker Dr., 40th Floor
Chicago, IL  60606
Telephone:  312-207-3904

s/ James S. Wertheim
McGlinchey Stafford PLLC
25550 Chagrin Blvd.
Cleveland, OH  44122
Telephone: 312-324-1778

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 15, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

                                        /s/ Brian J. Wanca

So Ordered.

S/ Jeffrey J. Helmick
United States District Judge